UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: | Case No.: 17-32687-ABA
Chapter: vchChapter
Daphnie L Massop | Judge: Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on January 23, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$154,964.00  4549 Robin Road Newfield, NJ  08344

Liens on property:

$193,858.66  RoundPoint Mortgage

Amount of Equity claimed as exempt:

0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-32687-ABA
Daphnie L Massop                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2          Date Rcvd: Dec 21, 2017
                            Form ID: pdf905         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db             +Daphnie L Massop,    4549 Robin Rd,    Newfield, NJ 08344-9133
517168405      +Capital Bank,    P.O. Box 1269,    Attn: Lyons, Doughty And Veldhuis,    Mt. Laurel, NJ 08054-7269
517168408      +JH Portfolio Debt,    5757 Phanton Dr Ste 225,    Hazelwood, MO 63042-2429
517168409      +Lawn Doctor,    PO Box 210,    Ewan, NJ 08025-0210
517168417      +RoundPoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517168418       Sears,    PO Box 3005,    Langhorne, PA 19047-9105
517168419      +South Jersey Gas,    Po Box 577,    Attn: Mrs. DeMarco,    Hammonton, NJ 08037-0577
517168420       Verizon,    PO Box 25087,    Wilmington, DE 19899-5087
517168421      +Vineland Muncipal Utilities,    640 East Wood Street,    Vineland, NJ 08360-3722
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 22:43:49     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 22:43:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517168406       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 21 2017 22:44:33
                 Capital One Auto Finance,    Po Box 60511,    City Of Industry, CA 91716-0511
517183643      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 21 2017 22:44:33
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 P.O. Box 165028,    Irving, TX 75016-5028
517168407       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 21 2017 22:44:00     Comcast,
                 PO Box 3006,    Southeastern, PA 19398-3006
517168410       E-mail/Text: bkr@cardworks.com Dec 21 2017 22:43:31     Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
517168411      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2017 22:43:48     Midland Funding,
                 8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
517168413       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 22:51:42
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517170197      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 22:44:30     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517168422      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 22:44:48     Walmart,    P.O. Box 32896,
                 Orlando, FL 32896-0001
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517168412*     +Midland Funding,    8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
517168414*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517168415*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
517168416*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: pdf905         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust
           rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Daphnie L Massop mylawyer7@aol.com,   ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                  TOTAL: 5